UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-11489-GAO

| | | |
|---|---|---|
| Comcast of Southern New England, Inc. | ) | |
| | ) | |
| Plaintiff | ) | CORPORATION DISCLOSURE |
| | ) | STATEMENT |
| vs. | ) | |
| | ) | |
| Russell Hague | ) | |
| | ) | |
| Defendant | ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Counsel,

9/6/05
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page    1