UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** ("**Comcast**") | ) | Case No.: **05-11489 GAO** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S NOTICE OF AMENDED** |
| | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | |
| **Russell Hague** | ) | |
| | ) | |
| Defendant | | |

Please take notice, that enclosed is a copy of the Amended Complaint filed in this action as a matter of course, pursuant to Rule 15(a), Federal Rules of Civil Procedure. The amendment only effects paragraph four and inserts into the Complaint what is believed to be the appropriate address for the Defendant. The Amended Complaint will be served upon the Defendant with the summons in this action by the appropriate Sheriff.

8/24/2005
Date

　　/s/ John M. McLaughlin＿＿＿＿＿＿＿
John M. McLaughlin (BBO: 556328)
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865