# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Comcast of Southern New England, Inc.</u>
        Plaintiff

V.

<u>     Russell Hague     </u>
        Defendant

CIVIL ACTION

NO. <u>  05-11489  </u>

## SETTLEMENT ORDER OF DISMISSAL

<u>  O'Toole  </u>  D. J.

    The Court having been advised on <u>  October 26, 2005  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                      By the Court,

<u>  10/31/05  </u>           <u>  /s/ Gina Edge  </u>
Date                      Deputy Clerk

(Dismissal Settlement.wpd - 12/98)