UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: **1:05-cv-11489-GAO** |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| vs. ) | |
| ) | |
| **Russell Hague** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

12/5/05
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

Respectfully Submitted for the Defendant,
Russell Hague
By his attorney,

_____
Date

/s/ Kevin J. Phelan
Kevin J. Phelan
38 Rock St Ste 25
Fall River, MA 02720
Telephone: (508) 674-1999